1.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
CHARLOTTE DIVISION
No: 3:06-CV-385**

| | |
|---|---|
| **TERESA CLONINGER,**<br><br>              **Plaintiff,**<br><br>v.<br><br>**EVERGREEN INVESTMENT SERVICES, INC. d/b/a EVERGREEN INVESTMENTS and WACHOVIA CORPORATION,**<br><br>              **Defendants.** | **ORDER** |

This case is before the Court on the parties' "Joint Motion to Extend Discovery and Motions Deadlines" (Document #17) filed October 10, 2007. For the reasons stated therein, the Court will <u>grant</u> the Motion.

NOW, THEREFORE, IT IS ORDERED:

1. The parties' Joint Motion to Extend Discovery and Motions Deadlines" (Document # 17) is **GRANTED** and the discovery deadline is extended until December 14, 2007, and the dispositive motions deadline is extended until January 21, 2008.

2. The Clerk of Court is directed to send copies of this Order to counsel for the parties and to the Honorable Martin Karl Reidinger.

**SO ORDERED**.

Signed: October 10, 2007

C-1050116v2

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

